## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-11339 |
| Geraldine Valme, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE CO-BORROWER STAY

The Court has considered the record and determined that cause exists and that Transform Credit Inc. ("Transform Credit") is otherwise entitled to the relief requested in its Motion for Relief from Automatic Stay as to the Co-Borrower.  Therefore,

IT IS ORDERED THAT Transform Credit's request for relief from the automatic stay is granted, that Transform Credit may enforce its rights against the Co-Borrower Eric Carter Carter, pursuant to the terms and conditions of its guaranty and applicable non-bankruptcy law and that for such purpose the automatic stay of 11 U.S.C. § 1301 is terminated.

IT IS FURTHER ORDERED that the stay is waived pursuant to Rule 4001(a)(3), Fed.R.Bankr.P., and Transform Credit may immediately enforce and implement this Order.

Enter:   *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  September 30, 2024

**Prepared by:**

Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Fax (314) 727-1086